**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| JOE P. YOUNG, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-109 |
| | § | |
| COREY FURR, *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

The Court has received the magistrate judge's June 4, 2018, Memorandum and Recommendation ("M&R"), Dkt. No. 9. The deadline to file objections has passed, and no objections have been filed. *See* FED. R. CIV. P. 72(b) (setting 14-day deadline); M&R, Dkt. No. 9 at 10 (advising parties of the 14-day deadline).

After independently reviewing the record and applicable law, the Court **ADOPTS** the magistrate judge's June 4, 2018, M&R, Dkt. No. 9. The Court **RETAINS** Plaintiff's First Amendment and RLUIPA claims against Head Warden Sifuentes in his official capacity for injunctive relief and **DISMISSES** all remaining claims for failure to state a claim and/or as frivolous under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1). The Court **DIRECTS** the Clerk to remove Defendants Corey Furr and Veronica Inmon from this case.

SIGNED this 4th day of September, 2018.

Hilda Tagle
Senior United States District Judge